IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

SHERMAN M KLAUSNER,

    Plaintiff,

v.                                            CASE NO. 1:10-cv-00214-MP -GRJ

NCO FINANCIAL SYSTEMS INC,

    Defendant.

_____/

## O R D E R

This matter is before the Court on Doc. 19, the plaintiff's notice that he has accepted the defendant's Offer of Judgment under Fed. R. Civ. P. 68. Pursuant to that rule, it is hereby

**ORDERED AND ADJUDGED:**

1. The Clerk is directed to enter judgment in favor of the plaintiff and against defendant for $1,001.00.

2. Under the terms of the Offer of Judgment, the plaintiff is entitled to reasonable attorney's fees up to April 8, 2011, the date of serving the Offer of Judgment. With regard to the amount of fees, the parties are directed to follow the procedures in N.D. Fla. Loc. R. 54.1, including the responsibility from Loc. R. 54.1(C) to first confer and make good faith efforts to settle both liability for, and amount of, attorneys' fees.

**DONE AND ORDERED** this *22nd* day of April, 2011

                          *s/Maurice M. Paul*
                      Maurice M. Paul, Senior District Judge