UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

SHERMAN M. KLAUSNER,

    Plaintiff,

       v.                          CASE NO. 1:10-cv-00214-MP-GRJ

NCO FINANCIAL SYSTEMS, INC.,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

NOW COMES the Plaintiff, SHERMAN M. KLAUSNER, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 30 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

DATED: May 4, 2011                    RESPECTFULLY SUBMITTED,

                                                By: /s/ Nicholas J. Bontrager
                                                Nicholas J. Bontrager
                                                Attorney for Plaintiff
                                                Krohn & Moss, Ltd.
                                                10474 Santa Monica Blvd., Suite 401
                                                Los Angeles, CA 90025
                                                Phone: (323) 988-2400 x 229
                                                Fax: (323) 802-0021

## **CERTIFICATE OF SERVICE**

      I, Nicholas J. Bontrager, certify that a true and correct copy of the foregoing was served electronically via CM/ECF upon all counsel of record including the following:

Dayle M. Van Hoose
Sessions, Fishman, Nathan & Israel LLC
3550 Buschwood Park Drive, Suite 195
Tampa, Florida 33618
dyanhoose@sessions-law.biz
Attorney for Defendant

DATED: May 4, 2011                  By:/s/ Nicholas J. Bontrager
                                                      Nicholas J. Bontrager
                                                      Attorney for Plaintiff